# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

DONNA K. LISH-BROWN,

        Plaintiff,

vs.                                                              No. CIV 07-0417 JB/WDS

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

        Defendant.

## **FINAL JUDGMENT**

      Pursuant to the Order adopting in part and rejecting in part the Magistrate Judge's Proposed

Findings and Recommended Disposition, filed December 18. 2009 (Doc. 24), the case is remanded

to the Administrative Law Judge to address the issues that the Court has raised and to proceed

consistent with the Court's Memorandum Opinion and Order, filed January 31, 2010 (Doc. 26).  The

Court now enters final judgment.

 

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Michael D. Armstrong
Albuquerque, New Mexico

     *Attorney for Plaintiff*

Gregory J. Fouratt
  United States Attorney
Manuel Lucero
Cynthia L. Weisman
  Assistant United States Attorney
Albuquerque, New Mexico

-- and --

Virginia Watson Keyes
Office of the General Counsel
Social Security Administration
Dallas, Texas

     *Attorneys for the Defendant*